**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Porfirio AYALA–CASTANEDA,**
**Defendant–Appellant.**

**No. 10–10260**
**Non–Argument Calendar.**

United States Court of Appeals,
Eleventh Circuit.

July 1, 2011.

John Andrew Horn, Jane Wilcox Swift, U.S. Attorney's Office, Sally Yates, Assistant U.S. Attorney, Atlanta, GA, for Plaintiff–Appellee.

Jay Lester Strongwater, Law Office of Jay L. Strongwater, Atlanta, GA, for Defendant–Appellant.

Before CARNES, BARKETT and MARCUS, Circuit Judges.

PER CURIAM:

Jay L. Strongwater, appointed counsel for Porfirio Ayala–Castaneda in this direct criminal appeal, has moved to withdraw from further representation of the appellant and filed a brief pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED,** and

Ayala–Castaneda's conviction and sentence are **AFFIRMED**.